UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

ROUMANN CONSULTING INC. and
RONALD ROUSSE,

        Plaintiffs,

v.                                Case No. 2:18-cv-01551-LA

SYMBIONT CONSTRUCTION, INC.,
SYMBIONT HOLDING COMPANY, INC.,
SYMBIONT SCIENCE, ENGINEERING AND
CONSTRUCTION, INC.,
THOMAS C. BACHMAN,
SONYA K. SIMON, ESQ.,
EDWARD T. MANNING, JR., and
TIMOTHY P. NELSON,

        Defendants.

## ORDER FOR DISCOVERY CONFERENCE

Based upon the joint motion of the parties,

IT IS HEREBY ORDERED that:

1. A telephonic discovery conference with the Court shall occur on May 11, 2021 at 1:30 p.m..

2. Further briefing deadlines related to the Defendants' motions to quash subpoenas (ECF Nos. 37 and 38), and the Plaintiffs' combined response to those motions and motion to compel (ECF No. 43) are in abeyance pending the completion of the requested discovery conference.

Dated May 3, 2021.

                                                      BY THE COURT:

                                                      s/Lynn Adelman
                                                      Honorable Lynn Adelman