UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN

ROUMANN CONSULTING INC. and
RONALD ROUSSE,

        Plaintiffs,

    v.                                    Case No. 2:18-cv-01551-LA

SYMBIONT CONSTRUCTION, INC.,
SYMBIONT HOLDING COMPANY, INC.,
SYMBIONT SCIENCE, ENGINEERING AND
CONSTRUCTION, INC.,
THOMAS C. BACHMAN,
SONYA K. SIMON, ESQ.,
EDWARD T. MANNING, JR., and
TIMOTHY P. NELSON,

        Defendants.

## FURTHER UPDATE TO THE COURT FOLLOWING DISCOVERY CONFERENCE

    Defendants, through their undersigned counsel, hereby write to advise the Court of the status of the parties' continued discussions following the May 11, 2021 discovery conference.

    Defendants have confirmed that the documents identified by Plaintiffs during the May 11, 2021 discovery conference do not exist. Specifically, SVA Certified Public Accountants, Inc. (the outside accounting firm to which Plaintiffs directed their subpoena duces tecum) did not complete any valuation services for any of the parties. Further, the Defendants are not aware of any value ever being placed on what Roumann Consulting, Inc. contends is its confidential information.

    Defendants have advised Plaintiffs' counsel as to these findings. Defendants have further disclosed to Plaintiffs that a valuation was completed of T.V. John and Sons, Inc. in 2014. That valuation does not discuss or place a value upon the Plaintiffs, upon confidential information, intellectual property, or goodwill. Nevertheless, Defendants have agreed to provide the

valuation to Plaintiffs on a confidential basis so as to confirm for Plaintiffs the limited extent to which any valuations were performed.

The parties have yet to confirm whether or not the motions to quash subpoenas and motion to compel are resolved, and further need to advise the Court of their suggestions as to the impact of those motions on the Court's Scheduling Order. The parties will advise the Court as to whether they have a joint proposal, or their separate proposals as soon as possible.

Respectfully submitted,

Dated this 24th day of May, 2021.

By: */s/ Andrew S. Oettinger*
Andrew S. Oettinger
State Bar No. 1053057
Christie B. Carrino
State Bar No. 1097885
Godfrey & Kahn, S.C.
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone: 414-273-3500
Fax: 414-273-5198
Email: aoettinger@gklaw.com
ccarrino@gklaw.com

*Attorneys for Defendants*

25378308.1