# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ROUMANN CONSULTING INC. and**
**RONALD ROUSSE,**
        **Plaintiffs,**

   v.                                             Case No. 18-C-1551

**SYMBIONT CONSTRUCTION, INC., et al.,**
        **Defendants.**

---

## ORDER

The parties filed three related discovery motions in late March and early April of this year. After a status conference with the court, the defendants provided additional information to the plaintiffs relating to their discovery requests. On May 24, 2021, counsel for defendants advised the court that his clients had provided the information and that the parties would advise the court as to the need for further proceedings. The parties have not filed anything since that time.

Based on the parties' silence, the court infers that the discovery dispute is resolved and will deny the pending motions as moot. This triggers the schedule the parties agreed to in their stipulation for amending the scheduling order. *See* ECF No. 48.

Accordingly, **IT IS ORDERED** that the plaintiffs' motion to compel (ECF No. 42) and the defendants' motions to quash (ECF Nos. 37 & 38) are **DENIED**.

**IT IS FURTHER ORDERED** that the parties shall abide by the following schedule: (1) Plaintiffs' expert disclosures shall be made on or before **September 28, 2021**; (2) Defendants' expert disclosures shall be made on or before **November 29,**

**2021**; (3) Rebuttal expert disclosures, if any, shall be made by **December 29, 2021**; (4) All discovery shall be completed no later than **January 19, 2022**; and (5) Dispositive motions shall be filed no later than **February 9, 2022**.

Dated at Milwaukee, Wisconsin, this 7th day of September, 2021.

s/Lynn Adelman_____
LYNN ADELMAN
District Judge