UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROUMANN CONSULTING INC. and
RONALD ROUSSE,

        Plaintiffs,

  v.

Case No. 18-CV-1551

SYMBIONT CONSTRUCTION, INC.,
SYMBIONT HOLDING COMPANY, INC.,
SYMBIONT SCIENCE, ENGINEERING AND CONSTRUCTION, INC.,
THOMAS C. BACHMAN,
SONYA K. SIMON, ESQ.,
EDWARD T. MANNING, JR. and
TIMOTHY P. NELSON,

        Defendants.

## STIPULATION FOR AMENDED SCHEDULING ORDER

In order to accommodate the scheduling needs of counsel,

IT HEREBY IS STIPULATED by and between the parties, by their undersigned counsel, that

1. The Plaintiff's expert disclosure of September 30, 2021 is extended by agreement until 15 days after the Court decides the pending motion to compel Defendant Symbiont Construction, Inc.'s financial statements.

2. The Defendant's expert disclosure deadline will automatically be adjusted for the same number of days as the adjustment to Plaintiff's disclosure deadline.

Dated September 23, 2021.

                        HALLOIN LAW GROUP, S.C.
                        Attorneys for Plaintiffs Roumann Consulting Inc. and Ronald Rousse

                        s/ Scott R. Halloin
                        Scott R. Halloin
                        Wis. State Bar No. 1024669
                        James J. Irvine
                        Wis. State Bar No. 1088726

HALLOIN LAW GROUP, S.C.
839 North Jefferson Street
Suite 503
Milwaukee, Wisconsin 53202
p 414-732-2424
f  414-732-2422
shalloin@halloinlawgroup.com
jirvine@halloinlawgroup.com

Dated September 23, 2021.

                        GODFREY & KAHN, S.C.
                        Attorneys for Defendants

                        s/  Andrew S. Oettinger
                        Andrew S. Oettinger, Esq.
                        State Bar No. 1053057
                        Christie B. Carrino, Esq.
                        State Bar No. 1097885

GODFREY & KAHN, S.C.
833 Michigan Street
Suite 1800
Milwaukee, WI 53202
p 414-273-3500
f 414-273-5198
aoettinger@gklaw.com
ccarino@gklaw.com
25193141.1