UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROUMANN CONSULTING INC. and
RONALD ROUSSE,

    Plaintiffs,

  v.

Case No. 18-CV-1551

SYMBIONT CONSTRUCTION, INC.,
SYMBIONT HOLDING COMPANY, INC.,
SYMBIONT SCIENCE, ENGINEERING AND CONSTRUCTION, INC.,
THOMAS C. BACHMAN,
SONYA K. SIMON, ESQ.,
EDWARD T. MANNING, JR. and
TIMOTHY P. NELSON,

    Defendants.

---

## NOTICE OF WITHDRAWAL OF JAMES J. IRVINE AS COUNSEL OF RECORD

Please take notice that James J. Irvine is withdrawing as counsel of record for the above-captioned matter. Please note that Scott R. Halloin, Sheila L. Shadman Emerson, and Molly S. Fitzgerald, at Halloin Law Group, S.C., will remain as counsel of record.

Dated December 21, 2021.

                              HALLOIN LAW GROUP, S.C.
                              Attorneys for Plaintiffs

                              s/ James J. Irvine
                              Scott R. Halloin

State Bar No. 1024669
James J. Irvine
State Bar No. 1088726
Sheila L. Shadman Emerson
Wis. State Bar No. 1084786
Molly S. Fitzgerald
Wis. State Bar No. 1098534

HALLOIN LAW GROUP, S.C.
839 North Jefferson Street
Suite 503
Milwaukee, Wisconsin 53202
p 414-732-2424
f 414-732-2422
shalloin@halloinlawgroup.com
jirvine@halloinlawgroup.com
sshadmanemerson@halloinlawgroup.com
mfitzgerald@halloinlawgroup.com