# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ROUMANN CONSULTING INC. and
RONALD ROUSSE,
    Plaintiff

v.                                    CASE NUMBER: 18-C-1551

SYMBIONT CONSTRUCTION, INC.
SYMBIONT HOLDING COMPANY, INC.
SYMBIONT SCIENCE, ENGINEERING & CONSTRUCTION, INC.
THOMAS C. BACHMAN,
SONYA K. SIMON, ESQ.,
EDWARD T. MANNING, and
TIMOTHY P. NELSON,
    Defendants

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiffs shall take nothing by their complaint and judgment is entered in favor of the defendants on the merits.

| September 30, 2022 | Gina M. Colletti |
|---|---|
| Date | Clerk |
| | s/ K. Rafalski |
| | (By) Deputy Clerk |