UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROUMANN CONSULTING INC. and
RONALD ROUSSE,

        Plaintiffs,

    v.

                                                          Case No. 18-CV-1551

SYMBIONT CONSTRUCTION, INC.,
SYMBIONT HOLDING COMPANY, INC.,
SYMBIONT SCIENCE, ENGINEERING AND CONSTRUCTION, INC.,
THOMAS C. BACHMAN,
SONYA K. SIMON, ESQ.,
EDWARD T. MANNING, JR. and
TIMOTHY P. NELSON,

        Defendants.

## STIPULATION REGARDING BILL OF COSTS

Based on the Court's Judgment in a Civil Case in favor of the Defendants (DN 119), the parties have met and conferred regarding the Defendants' proposed Bill of Costs (DN 120).

Pursuant to the Court's judgment (DN 119), IT HEREBY IS STIPULATED by and between the parties, by their undersigned counsel, that the Court's Clerk may tax costs in the total amount of **$4,789.50**, which includes the following amounts:

| Fees for service of summons and subpoena | $65.00 |
|---|---|
| Fees for transcripts | $4,684.50 |
| Fees for witnesses | $40.00 |

Dated November 4, 2022.

                        HALLOIN LAW GROUP, S.C.
                        Attorneys for Plaintiffs Roumann Consulting Inc. and Ronald Rousse

                        s/ Scott R. Halloin
                        Scott R. Halloin
                        Wis. State Bar No. 1024669

HALLOIN LAW GROUP, S.C.
839 North Jefferson Street
Suite 503
Milwaukee, Wisconsin 53202
p 414-732-2424
f  414-732-2422
shalloin@halloinlawgroup.com

Dated November 4, 2022.

                        GODFREY & KAHN, S.C.
                        Attorneys for Defendants

                        s/ Andrew S. Oettinger
                        Andrew S. Oettinger, Esq.
                        State Bar No. 1053057
                        Christie B. Carrino, Esq.
                        State Bar No. 1097885

GODFREY & KAHN, S.C.
833 Michigan Street
Suite 1800
Milwaukee, WI 53202
p 414-273-3500
f 414-273-5198
aoettinger@gklaw.com
ccarino@gklaw.com