UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ROUMANN CONSULTING INC. and
RONALD ROUSSE,

      Plaintiffs,

v.

Case No. 18-CV-1551

SYMBIONT CONSTRUCTION, INC.,
SYMBIONT HOLDING COMPANY, INC.,
SYMBIONT SCIENCE, ENGINEERING AND CONSTRUCTION, INC.,
THOMAS C. BACHMAN,
SONYA K. SIMON, ESQ.,
EDWARD T. MANNING, JR. and
TIMOTHY P. NELSON,

      Defendants.

## ORDER ON BILL OF COSTS

For the matter coming before the Court on the parties' Stipulation Regarding Bill of Costs:

IT IS HEREBY ORDERED:

Costs shall be taxed in the amount of $4,789.50 and included in the judgment.

Dated: _____

                              BY THE COURT:

                              _____